ERVINE V. STATE

NO. 07-01-0057-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 28, 2001

______________________________

JACQUELINE DENISE ERVINE,

       Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 64th DISTRICT COURT OF HALE COUNTY;

NO. A13891-0011; HON. JACK MILLER, PRESIDING

_______________________________

Before BOYD, C.J., and QUINN, and REAVIS, J.J.

Pending before the court is appellant’s motion to dismiss appeal.  The document is signed by both appellant and counsel.  Furthermore, the conditions precedent to the voluntary dismissal of an appeal, 
see Tex. R. App. Proc.
 42.2(a), have been satisfied.  Accordingly, we grant the motion and dismiss the appeal.

Per Curiam

Do not publish.